Holder *vs.* The State of Georgia.

---

HOLDER *vs.* THE STATE OF GEORGIA.

SIMMONS, J.—The court below did not err in overruling this motion
for a new trial, upon each and all of the grounds taken therein.
Judgment affirmed.

November 12, 1888.

New trial. Before Judge RICHARD H. CLARK.
Douglas superior court. January adjourned term,
1888.

J. S. JAMES, C. D. CAMP and J. V. EDGE, for plaintiff
in error.

J. S. CANDLER, solicitor-general, and W. A. JAMES,
for the State.

# CASES ARGUED AND DETERMINED

IN THE

# SUPREME COURT OF GEORGIA,

## AT ATLANTA.

MARCH TERM, 1889.

PRESENT—L. E. BLECKLEY, . . . . . . . . . CHIEF JUSTICE.
T. J. SIMMONS, . . . . . . . . . . ASSOCIATE "